1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

10  UNITED STATES OF AMERICA,

11          Plaintiff,                              Case No. 2:08-CR-00102-KJD-RJJ

12  v.                                              **ORDER**

13  ENRIQUE J. HURTADO,

14          Defendant.

15

16          Presently before the Court is Defendant's Motion for Abeyance (#82). Defendant Hurtado has

17  simultaneously filed a motion to vacate pursuant to 28 U.S.C. § 2255. However, as this is a second or

18  successive petition under §2255, Defendant has applied to the Ninth Circuit of Appeals for

19  permission to file it. Defendant seeks to hold the petition in abeyance until the Ninth Circuit grants

20  his application.  Good cause being found, the Court grants Defendant's Motion for Abeyance.

21  **IT IS SO ORDERED.**

22          DATED this 4th day of October 2016.

23

24

25                                          _____
                                            Kent J. Dawson
26                                          United States District Judge