# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ENRIQUE HURTADO

                Petitioner,

v.

UNITED STATES OF AMERICA

                Respondent.

JUDGMENT

Case Number: 2:08-cr-00102-KJD

(Related case: 2:17-cv-0761-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Respondent against Petitioner. Petitioner is GRANTED a Certificate of Appealability on whether Hobbs Act Robbery is a qualifying crime of violence;
IT IS FURTHER ORDERED that Petitioner is DENIED a Certificate of Appealability on whether Armed Bank Robbery is a qualifying crime of violence.

March 31, 2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk