# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ENRIQUE HURTADO,<br><br>    Defendant. | Case No.: 2:08-cr-102-KJD-LRL<br><br>**(Proposed)**<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion for Order Reducing Sentence or Modifying Judgment (ECF No. 108) be due on June 1, 2021.

DATED this  17th of  May   , 2021.

_____
UNITED STATES DISTRICT JUDGE

3