RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Enrique J. Hurtado

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:08-cr-00102-KJD-LRL |
| Plaintiff, | **Joint Stipulation Regarding a Reduction in Sentence** |
| v. | |
| Enrique J. Hurtado, | |
| Defendant. | |

In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Enrique Hurtado, file this Joint Stipulation.

The parties state as follows:

1. Undersigned counsel and government counsel have determined that Mr. Hurtado qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On December 4, 2008, this Court sentenced Mr. Hurtado to 535 months' incarceration. ECF Nos. 43, 44. On March 30, 2023, this Court reduced Mr. Hurtado's sentence to 355 months. ECF No. 122. Mr. Hurtado was in CHC IV with a total offense level of 31, which yielded a sentencing guideline range of 151-188 months. He was sentenced to the low-end of 151 months on Counts 1, 3, 5-10 to be served concurrently; 84 months on Count 2 to be served consecutive to the other counts, and 120 months on Count 4 to be served consecutive to the other counts for a total sentence of 355 months. *See id*. Under the amended Guidelines, the parties have determined that Mr. Hurtado is in CHC III with a total offense level of 31 which yields a guideline range of 135-168 months on Counts 1, 3, 5-10.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Hurtado's sentence be amended to 135 months on Counts 1, 3, 5-10 which would result in a total sentence of 339 months.

DATED this 15th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:08-cr-00102-KJD-LRL |
| Plaintiff, | **ORDER** |
| v. | |
| Enrique Hurtado, | |
| Defendant. | |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this 26 day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

3